# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARMANDO TOLLIVER | : | CIVIL ACTION |
| | : | |
| v. | : | NO.  24-4140 |
| | : | |
| THE SCHOOL DISTRICT OF PHILADELPHIA, DR. JANICE BUTLER, DR. JOHNATHAN BROWN, DR. EVELYN NUNEZ | : : : : | |

## ORDER

**AND NOW**, this 30th day of June 2025, upon considering defendants' motion to dismiss (DI 10) and plaintiff's opposition, (DI 14) it is **ORDERED** defendants' motion to dismiss (DI 10) is **GRANTED** for the reasons in the court's Memorandum.  Dr. Tolliver has leave to amend his complaint no later than 14 days from the date of this order.

*[signature]*

**MURPHY, J.**