## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARMANDO TOLLIVER | : CIVIL ACTION |
| | : |
| v. | : NO.  24-4140 |
| | : |
| THE SCHOOL DISTRICT OF | : |
| PHILADELPHIA, DR. JANICE | : |
| BUTLER, DR. JOHNATHAN BROWN, | : |
| DR. EVELYN NUNEZ | : |

## ORDER

**AND NOW**, this 20th day of July 2026, upon considering defendants' motion for summary judgment (DI 33), plaintiff's opposition (DI 36), defendants' reply (DI 37), and for reasons in the accompanying memorandum, it is **ORDERED** defendants' motion for summary judgment (DI 33) is **GRANTED** and the Clerk of Court shall **close** this case.

_____
**MURPHY, J.**